```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

RICHARD A. ASHE and wife,      )
CYNTHIA ASHE,                  )
                               )
    Plaintiffs,                )
                               )
v.                             )     No. 05-2586 Ml/V
                               )
CITY CONCRETE COMPANY, LLC,    )
                               )
    Defendant.                 )

### ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 14, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin <u>Monday, October 16, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, October 6, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>September 29, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  12-28-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __27__ day of December, 2005.

*/s/ Jon P. McCalla*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02586 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Lauren L. Holloway
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Honorable Jon McCalla
US DISTRICT COURT